IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | CV-24-13-BU-BMM-JTJ |
| Plaintiff, | ORDER |
| v. | |
| PHEASANT, INC., d/b/a THE BIRD BAR & GRILL, et al., | |
| Defendants. | |

IT IS HEREBY ORDERED that this case is DISMISSED without prejudice for failure to comply with this Court's Order of July 22, 2024, (Doc. 4). The Clerk of Court is ordered to close this case.

DATED this 29th day of August, 2024.

_____
Brian Morris, Chief District Judge
United States District Court

-1-